UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SHEFFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>H. A. RIOS, et al.,<br><br>    Defendants.<br>_____/ | 1:09-cv-01851-SMS (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 11.)<br><br>and<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY UNITED STATES PENITENTIARY IN FLORENCE, COLORADO |

Plaintiff is a federal prisoner proceeding pro se pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971), and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The United States Penitentiary in Florence, Colorado, is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed in forma pauperis is GRANTED;

    **2. The Warden of the United States Penitentiary in Florence, Colorado, or his designee shall collect payments from plaintiff's prison trust account in an amount equal to**

-1-

1 **twenty per cent (20%) of the preceding month's income credited to the prisoner's trust**
2 **account and shall forward those payments to the Clerk of the Court each time the amount in**
3 **the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00**
4 **has been collected and forwarded to the Clerk of the Court. The payments shall be clearly**
5 **identified by the name and number assigned to this action.**
6     3. The Clerk of the Court is directed to serve a copy of this order and a copy of
7 plaintiff's in forma pauperis application on the Warden of the United States Penitentiary in Florence,
8 Colorado, at the following address:

        USP FLORENCE ADMAX
        U. S. PENITENTIARY
        P O. BOX. 8500
        FLORENCE, CO  81226

12     4. The Clerk of the Court is directed to serve a copy of this order on the Financial
13 Department, U.S. District Court, Eastern District of California, Fresno Division.
14     5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a
15 certified copy of his prison trust account statement for the six-month period immediately preceding
16 the filing of the complaint, if plaintiff has not already done so.
17 IT IS SO ORDERED.
18 **Dated:   November 19, 2009**          /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE