IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SHEFFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>H.A. RIOS, et al,<br><br>    Defendants. | Case No. 1:09-cv-01851 JLT  (PC)<br><br>ORDER DISRTEGARDING MOTION TO APPOINT COUNSEL<br><br>(Doc. 22). |

   Plaintiff Stephen Sheffield ("Plaintiff") is a federal prisoner who was proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The Court entered a final judgment of dismissal on March 19, 2012. (Doc. 20). Now before the Court is Plaintiff's motion, which is largely gibberish, which the Court construes as a motion for appointment of counsel. (Doc. 22) In light of the fact that this matter has been dismissed, the Court **DISREGARDS** the motion.

   **No further filings will be accepted in this case.**

IT IS SO ORDERED.

   Dated:   **July 3, 2013**                       **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

1